No. 04M72. ALAI *v.* EDUCATIONAL MANAGEMENT CORP. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 04–9561. GATES *v.* DISCOVERY COMMUNICATIONS INC. ET AL. Sup. Ct. Cal. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 13, 2005, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 04–9775. IN RE ANDERSON;
No. 04–9836. IN RE BRAVO;
No. 04–9845. IN RE WOOD; and
No. 04–9849. IN RE WILLIAMS. Petitions for writs of habeas corpus denied.

No. 04–1144. AYOTTE, ATTORNEY GENERAL OF NEW HAMPSHIRE *v.* PLANNED PARENTHOOD OF NORTHERN NEW ENGLAND ET AL. C. A. 1st Cir. Certiorari granted.

No. 04–978. D. A. S. SAND & GRAVEL, INC. *v.* CHAO, SECRETARY OF LABOR, ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–1057. MCKENZIE *v.* BENTON, SHERIFF, NATRONA COUNTY, WYOMING. C. A. 10th Cir. Certiorari denied.

No. 04–1114. CITY OF SEQUIM, WASHINGTON, ET AL. *v.* JOHNSON. C. A. 9th Cir. Certiorari denied.

No. 04–1157. ODOM ET AL. *v.* YANG ET AL. C. A. 3d Cir. Certiorari denied.